**Dismissed; Opinion Filed October 10, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

_____

## No. 05-19-00878-CV
_____

## IN THE INTEREST OF A.I.W-R, A MINOR

**On Appeal from the 255th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-18-19537**

# MEMORANDUM OPINION

Before Chief Justice Burns, Justice Whitehill, and Justice Schenck
Opinion by Justice Schenck

Appellant's brief in this case is overdue. By postcard dated September 12, 2019, we notified appellant the time for filing his brief had expired. We directed appellant to file a brief and an extension motion within ten days. We cautioned appellant that failure to file a brief and an extension motion would result in the dismissal of this appeal without further notice. To date, appellant has not filed his brief nor otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal.  Tᴇx. R. Aᴘᴘ. P. 38.8(a)(1); 42.3(b), (c).


                                        /David J. Schenck/
                                        DAVID J. SCHENCK
                                        JUSTICE

190878F.P05



# Court of Appeals
# Fifth District of Texas at Dallas
## JUDGMENT

IN THE INTEREST OF A.I.W-R, A MINOR

No. 05-19-00878-CV

On Appeal from the 255th Judicial District Court, Dallas County, Texas
Trial Court Cause No. DF-18-19537.
Opinion delivered by Justice Schenck. Chief Justice Burns and Justice Whitehill participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

Judgment entered this 10th day of October, 2019.